Submitted January 19; portion of judgments requiring defendant to pay attorney fees reversed, otherwise affirmed February 23, 2017

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

SHANE CARL CLARK,
*Defendant-Appellant.*

Marion County Circuit Court
14C43420, 14C43439;
A159255 (Control), A159256

389 P3d 419

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Eric Johansen, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Egan, Judge, and Allen, Judge pro tempore.

## PER CURIAM

In this consolidated criminal appeal, defendant assigns error to the trial court's ruling denying him eligibility for early release under ORS 137.750. We reject that assignment of error without written discussion. He also assigns error to the imposition of $853 in court-appointed attorney fees in Case No. 14C43420 and $322 in court-appointed attorney fees in Case No. 14C43439. He points out that, although the judgment of conviction in each case imposed attorney fees, the court explicitly found on the record in each case that defendant had "no ability to pay" the fees. *See* ORS 151.505(3) ("The court may not require a person to pay costs under this section unless the person is or may be able to pay the costs."); ORS 161.665(4) ("The court may not sentence a defendant to pay costs under this section unless the defendant is or may be able to pay them."). The state concedes that imposition of fees in this circumstance is error. We agree, accept the state's concession, and reverse.

Portion of judgments requiring defendant to pay attorney fees reversed; otherwise affirmed.